JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Michael Letcher, | ) | 2:10-cv-01175-JHN-SHx |
| | ) | |
| Plaintiff(s), | ) | ORDER ACKNOWLEDGING |
| | ) | NOTICE OF SETTLEMENT |
| v. | ) | |
| | ) | |
| Greater California Financial Services, | ) | |
| | ) | |
| Defendant(s). | ) | |

The Court has been advised by counsel for the Plaintiff that this action had been settled. It is not necessary for the action to remain on the calendar of the Court. Any pending court dates/deadlines are hereby VACATED.

IT IS ORDERED that the Court retains complete jurisdiction for 60 days for the filing of a dismissal or to vacate this order and to reopen the action upon a good faith showing that the settlement has not been completed and further litigation is necessary.

Dated: June 9, 2010

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE